| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**ALBERT RUSSO, TRUSTEE**<br>**CN 4853**<br>**TRENTON, NEW JERSEY 08650**<br>**(609) 587-6888**<br><br>**CHAPTER 13 STANDING TRUSTEE**<br><br>In Re:<br><br>    **ANTONIO C. ROSA**<br><br>        **Debtor(s)** | Order Filed on February 20, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 12-25036 KCF<br><br>Chapter 13<br><br>Hearing:<br><br>Honorable Kathryn C. Ferguson |

### ORDER ON NOTICE OF MOTION TO ALLOW THE TRUSTEE TO PAY LATE FILED CLAIM OF CITIMORTGAE, COURT CLAIM #1-1

The relief set forth on the following pages, numbered two (2) through two is ORDERED.

**DATED: February 20, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**THIS MATTER** having been brought before the court by Albert Russo, Standing Chapter 13 Standing Trustee, and for good cause shown;

**IT IS ORDERED** that the Trustee is authorized to pay the late filed claim of CitiMortgage (Court Claim #1-1).