| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**ALBERT RUSSO, TRUSTEE**<br>**CN 4853**<br>**TRENTON, NEW JERSEY 08650**<br>**(609) 587-6888**<br>**CHAPTER 13 STANDING TRUSTEE**<br>In Re:<br>    **ANTONIO C. ROSA**<br>        **Debtor(s)** | **Order Filed on February 20, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No.:  12-25036 KCF<br>Chapter 13<br>Hearing:<br><br>Honorable Kathryn C. Ferguson |

### ORDER ON NOTICE OF MOTION TO ALLOW THE TRUSTEE TO PAY LATE FILED CLAIM OF CITIMORTGAE, COURT CLAIM #1-1

The relief set forth on the following pages, numbered two (2) through two is ORDERED.

**DATED: February 20, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**THIS MATTER** having been brought before the court by Albert Russo, Standing Chapter 13 Standing Trustee, and for good cause shown;

**IT IS ORDERED** that the Trustee is authorized to pay the late filed claim of CitiMortgage (Court Claim #1-1).

United States Bankruptcy Court
District of New Jersey

In re:  
Antonio C Rosa  
    Debtor

Case No. 12-25036-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 20, 2018  
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.  
db        +Antonio C Rosa,    29 Monticello Way,    South River, NJ 08882-2597

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:  
        Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
        Albert    Russo    docs@russotrustee.com  
        Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com  
        Brian E Caine    on behalf of Creditor    MTGLQ Investors, LP bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
        Denise E. Carlon    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Filipe    Pedroso    on behalf of Debtor Antonio C Rosa pedrosoesq@aol.com, pedrosolaw@gmail.com  
        Joshua I. Goldman    on behalf of Creditor    Amtrust-NP SFR Venture, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
                                                                                                                TOTAL: 8