|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>John F. Bracaglia, Jr., Esq.<br>ID 018651977<br>Savo, Schalk, Gillespie, O'Grodnick & Fisher, P.A.<br>77 North Bridge Street<br>Somerville, NJ 08876<br>(908) 526-0707<br>**Attorneys for Debtor** | Order Filed on April 18, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ANTONIO C. ROSA | Case No.: 12-25036<br><br>Hearing Date: 4/11/2018<br><br>Judge: Ferguson |

## ORDER RECONSIDERING ORDER OF FEBRUARY 20, 2018

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: April 18, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

1

The within matter having come before the Court upon the motion of Savo, Schalk, Gillespie, O'Grodnick & Fisher, P.A., attorneys for the debtor, seeking reconsideration of the order entered on February 20, 2018, the court having reviewed the pleadings submitted and any arguments presented, and it appearing that due notice has been given and with good cause being shown;

It is hereby ORDERED

a. That this Court reconsiders its order of February 20, 2018;

b. Albert Russo, Chapter 13 Trustee, shall pay $38,483.75 of the funds on hand to Rushmore Loan Management Services, LLC, 15480 Laguna Canyon Road, Irvine, CA 92618, regarding loan number 7600104630; and

c. The balance of the funds on hand shall be distributed to the unsecured creditors of the debtor's estate.

Bmot.Rosa.order.reconsider.revised.4.10.18